```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    HERNAN RAMIREZ-RAMIREZ
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,   )   2:11-cr-00102 LKK
                                )
13             Plaintiff,       )   STIPULATION AND ORDER
                                )
14        v.                    )   DATE: March 20, 2012
                                )   TIME: 9:15 a.m.
15  HERNAN RAMIREZ-RAMIREZ,     )   JUDGE: Hon. Lawrence K. Karlton
                                )
16             Defendant.       )
                                )
17  _____)
                                )
18
```

19    It is hereby stipulated and agreed to between the United States of
20 America through MICHAEL ANDERSON, Assistant U.S. Attorney, and
21 defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW
22 M. SCOBLE, Assistant Federal Defender, that the status conference set
23 for Tuesday, February 22, 2012, be continued to Tuesday, March 20,
24 2012, at 9:15 a.m.
25    The reason for this continuance is to allow defense counsel
26 additional time to review discovery with the defendants, to examine
27 possible defenses and to continue investigating the facts of the case.
28    It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, March 20, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: February 15, 2012          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  HERNAN RAMIREZ-RAMIREZ


DATED: February 15, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble for
                                  MICHAEL ANDERSON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set February 22, 2012, status conference shall be continued to March 20, 2012, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, March 20, 2012, shall be excluded from computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
2  (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense
3  counsel to prepare].

4      Based on the stipulation of the parties and good cause appearing
5  therefrom, the Court hereby finds that the failure to grant a
6  continuance in this case would deny defense counsel reasonable time for
7  effective preparation taking into account the exercise of due
8  diligence.  The Court specifically finds that the ends of justice
9  served by the granting of such continuance outweigh the interests of
10 the public and the defendants in a speedy trial.

11     **IT IS SO ORDERED.**

12 DATED: February 16, 2012

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT