DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00102 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: April 24, 2012 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, March 20, 2012, be continued to Tuesday, April 24, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

1 stipulation, through and including the date of the new status
2 conference hearing, April 24, 2012, shall be excluded from computation
3 of time within which the trial of this matter must be commenced under
4 the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) &
5 (B)(iv)and Local Code T4 [reasonable time for defense counsel to
6 prepare].

8 DATED: March 14, 2012          Respectfully submitted,
9                                 DANIEL J. BRODERICK
                                  Federal Defender
10
                                  /s/ Matthew M. Scoble
11                                MATTHEW M. SCOBLE
                                  Assistant Federal Defender
12                                Attorney for Defendant
                                  HERNAN RAMIREZ-RAMIREZ

14
15 DATED: March 14, 2012          BENJAMIN B. WAGNER
                                  United States Attorney
16                                /s/ Matthew M. Scoble for
                                  MICHAEL ANDERSON
17                                Assistant U.S. Attorney
                                  Attorney for Plaintiff

20                              **O R D E R**

21   Based on the stipulation of the parties and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  It is hereby ordered that the presently set
24 March 20, 2012, status conference shall be continued to April 24, 2012,
25 at 9:15 a.m.  It is further ordered that the time period from the date
26 of the parties' stipulation, through and including the date of the new
27 status conference hearing, April 24, 2012, shall be excluded from
28 computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
2  (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense
3  counsel to prepare].

4      Based on the stipulation of the parties and good cause appearing
5  therefrom, the Court hereby finds that the failure to grant a
6  continuance in this case would deny defense counsel reasonable time for
7  effective preparation taking into account the exercise of due
8  diligence.  The Court specifically finds that the ends of justice
9  served by the granting of such continuance outweigh the interests of
10 the public and the defendants in a speedy trial.

11     **IT IS SO ORDERED.**

12
13 DATED: March 14, 2012
   
   *[signature]*
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT