```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00102 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: May 22, 2012 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, April 24, 2012, be continued to Tuesday, May 22, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, May 22, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 19, 2012                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Matthew M. Scoble
                                     MATTHEW M. SCOBLE
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     HERNAN RAMIREZ-RAMIREZ


DATED: April 19, 2012                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Matthew M. Scoble for
                                     MICHAEL ANDERSON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set April 24, 2012, status conference shall be continued to May 22, 2012, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, May 22, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

1  (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense
2  counsel to prepare].
3     Based on the stipulation of the parties and good cause appearing
4  therefrom, the Court hereby finds that the failure to grant a
5  continuance in this case would deny defense counsel reasonable time for
6  effective preparation taking into account the exercise of due
7  diligence.  The Court specifically finds that the ends of justice
8  served by the granting of such continuance outweigh the interests of
9  the public and the defendants in a speedy trial.
10    **IT IS SO ORDERED.**

DATED: April 19, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT